IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH MCLAUGHLIN, JR. and MYRA MCLAUGHLIN, husband and wife, as individuals and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-09-1215-D |
| HEALTHMARKETS, a Foreign Corporation; THE MEGA LIFE AND HEALTH INSURANCE COMPANY, a Domestic Corporation; and THE NATIONAL ASS'N FOR THE SELF-EMPLOYED, a Foreign Not For Profit Corporation, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED ATTORNEY LIEN CLAIMED |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Kenneth McLaughlin, Jr. and Myra McLaughlin, husband and wife, as individuals and on behalf of all others similarly situated, by and through BROWN & GOULD, PLLC, hereby dismiss their Class Action Complaint without prejudice to refiling.

Submitted this 8th day of March, 2010.

s/ Joshua C. Stockton
George H. Brown, OBA # 18020
Tony Gould, OBA # 18564
Ryan W. Hearne, OBA # 22170
Joshua C. Stockton, OBA # 21833
**BROWN & GOULD, PLLC**
701 N. Broadway, Suite 510
Oklahoma City, OK 73102
Telephone: (405) 235-4500

                                          Facsimile: (405) 235-4507
                                        Email: jstockton@browngouldlaw.com
                                        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2010, I electronically submitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Kevin D. Gordon
kevin.gordon@crowedunlevy.com

Alison M. Howard
alison.howard@crowedunlevy.com

Mark D. Spencer
mark.spencer@mcafeetaft.com

                                                          s/Joshua C. Stockton